UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                              CASE NO. 08 B 26046
    RANDY A TAYLOR
                                    CHAPTER 13

                                    JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-1602
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/29/08 .

    2.  The case was dismissed without confirmation, 01/16/2009.

    3.  The Debtor paid a total of $   390.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | SECURED | .00 | .00 | .00 |
| MORTGAGE CLEARING CORP | CURRENT MORTG | .00 | .00 | .00 |
| DRIVE FINANCIAL SERVICES | SECURED VEHIC | .00 | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS I | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COOK COUNTY STATE'S ATTO | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS BANK | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET DOCTORS CLINIC SC | UNSECURED | NOT FILED | .00 | .00 |
| MIDWAY MOTOR SALES | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT INC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| US CELLULAR | UNSECURED | NOT FILED | .00 | .00 |
| US CELLULAR | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF PARK FOREST | UNSECURED | NOT FILED | .00 | .00 |

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE USA | UNSECURED | NOT FILED | .00 | .00 |
| VON MAUR | UNSECURED | NOT FILED | .00 | .00 |

                Summary of disbursements:
--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED          .00         .00        .00         .00         .00
PRINCIPAL PAID              .00         .00        .00         .00         .00
INTEREST PAID               .00         .00        .00         .00         .00
TOTAL PAID                  .00         .00        .00         .00         .00
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3000.00
and was paid $    369.33 .

The Trustee received $     20.67 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 03/13/09                  /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE